

# THE STATE OF TEXAS
## MANDATE

TO THE 123RD DISTRICT COURT OF PANOLA COUNTY, GREETINGS:

Before the Court of Appeals for the Sixth Court of Appeals District of Texas, on the 16th day of September, A.D. 2015, the cause upon appeal to revise or reverse your Judgment was determined; and therein our said Court made its order in these words:

Bridget Brown Parson, Appellant

No. 06-15-00035-CV

v.

Trial Court No. 2009-396

Lakewind, LLC, Randall Baggs,
Owner, et al., and Chinn Exploration,
Appellees

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We note that the appellant, Bridget Brown Parson, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

WHEREFORE, WE COMMAND YOU to observe the order of our said Court in this behalf, and in all things to have it duly recognized, obeyed, and executed.

WITNESS, the Hon. Josh R. Morriss, III, Chief Justice of our said Court of Appeals, with the seal thereof annexed, at the City of Texarkana, this the 1st day of December, A.D. 2015.

DEBRA K. AUTREY, Clerk

*Debbie Autrey*